SOUTHERN SEATING CO v. COMMUNITY BURIAL SERVICE

———

(March 26, 1928.  Opinion and Decree.)
(April 9, 1928.  Rehearing Refused.)

———

(Syllabus by the Court.)

1. Louisiana Digest—Costs and Fees—Par. 59, 62; Appeal—Par. 512.

Appeal from First City Court, Division "C." Hon. Wm. S. Seeber, Judge.

Action by Southern Seating Company against Community Burial Service.

There was judgment for plaintiff and defendant appealed.

Judgment affirmed with 10% damages for frivolous appeal.

R. R. Ramos, of New Orleans, attorney for plaintiff, appellee.

Van Buren Harris, of New Orleans, attorney for defendant, appellant.

WESTERFIELD, J.  (Opinion contained in syllabus above.)

This is a suit on an open account. No brief was filed and no appearance was made in this court on behalf of defendant. Appellee asks for damages for frivolous appeal. We believe the damages claimed are due since there seems to be no serious defendant.

The judgment appealed from will be affirmed with 10 per cent damages for frivolous appeal.